UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THERESA LAVOIE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:17CV1975(AWT) |
| | : |
| CBS CORPORATION, et al., | : |
| | : |
| Defendants. | : |

ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before November 8, 2019.

If the parties wish to file a stipulation or dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before November 8, 2019.

The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 8th day of October, 2019.

/s/AWT
Alvin W. Thompson
United States District Judge